IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 APR -9  AM 9: 07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

ALBERTA DUKES,

        Plaintiff,

-vs-                                    Case No. A-11-CA-1063-SS

ERIC K. SHINSEKI, Secretary, Department of
Veterans Affairs,

        Defendant.

## ORDER

BE IT REMEMBERED on this day the Court being advised that Alberta Dukes has executed a "Plaintiff's Notice of Dismissal with Prejudice" and the same has been filed in this Court, the Court enters the final order of dismissal in this case:

IT IS ORDERED that the above-styled and numbered cause is DISMISSED with prejudice to the rights of Albert a Dukes.

SIGNED this the 6th day of April 2012.

                                                            _____
                                                           UNITED STATES DISTRICT JUDGE